FILED
CHARLOTTE, NC

FEB 12 2018

US District Court
Western District of NC

# United States District Court
# Western District of North Carolina

## 3:18- MC - 020

IN RE:  Appointment of a         :
        Merit Selection Panel to :
        Fill the position of :
        U.S Magistrate Judge     :   **ORDER**
        In the Asheville         :
        Division

    This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering applicants for the position of full time United States Magistrate Judge for the United States District Court, Western District of North Carolina.

    Pursuant to Title 28, Section 631(b) (5) a Magistrate Judge is appointed pursuant to standards and procedures promulgated by the Judicial Council of the United States. These Judicial Conference standards and procedures, and the mandatory rules governing the appointment process are contained in the booklet *"Selection, Appointment, and Reappointment of United States Magistrate Judges "* published by the Administrative Office of the U.S. Courts, revised October of 2016. These standards and procedures provide for the establishment by the district court of a Merit Selection Panel (Panel) to assist the district judges in their selection of a magistrate judge. The Panel is composed of 18 members, including four lay persons.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina to assist this court with selecting a United States Magistrate Judge for the United States District Court of the Western District of North Carolina.

Merit Selection Panel members are hereby advised that to be considered for a future magistrate judge positon with this court, one year must have elapsed between the application deadline for the announced position and the date the Panel submits its report to the court regarding the present position. This provision of this Order satisfies the requirement that Panel members be advised in writing of this restriction on future vacancies.

The Merit Selection Panel shall be chaired by Sean P. Devereux who shall work with the other members of the Panel to establish rules of procedure for the panel to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met.

IT IS FURTHER ORDERED that the Panel shall conclude its work and submit to the Honorable Frank D. Whitney, Chief U.S. District Court Judge the names of five applicants that it finds most qualified to serve as a United States magistrate judge. THE PANELSHALL RANK THE CANDIDATES and shall submit said five names to the Chief Judge no later than *Friday, May 25, 2018.*

The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet *"The Selection, Appointment, and Reappointment of United States Magistrate Judges"* as revised October 2016, and other materials which may be of assistance to the Panel. The Clerk shall also send a copy of this Order to the Magistrates Division of the Administrative Office of the U.S. Courts and the Circuit Executive of the Fourth Circuit.

SO ORDERED THIS 12th DAY February, 2018.

_____
Frank D. Whitney, Chief
U.S. District Judge

_____
Martin Reidinger
U.S. District Judge

_____
Graham C. Mullen, Senior
U.S. District Judge

_____
Robert J. Conrad, Jr.,
U.S. District Judge

_____
Max O. Cogburn, Jr.
U.S. District Judge

_____
Richard L. Voorhees, Senior
U.S. District Judge

# Members of Merit Selection Panel
# For the Consideration of the Appointment of
# A U.S. Magistrate Judge in the Asheville Division

Attorney David Brown  dabrownsr79@gmail.com
360 Rosemore Pl  704-654-9418 ©
Rock Hill, SC 29732

Attorney Rich Cassady  rich@cassadylaw.net
PO Box 2033  828-634-4132
Franklin, NC 28744

Attorney Sean P. Devereux, Chair  sdevereux@dblawoffices.com
The Jackson Building  828-285-9455
22 South Pack Square, Suite 1100
Asheville, NC 28801

Attorney Richard Edwards, AUSA  Richard.Edwards2@usdoj.gov
US Courthouse  828-259-0651 (office)
100 Otis Street, Room 233  828-423-2438 ©
Asheville, NC 28801

Mr. Tom D. Efird  tandaefird@yahoo.com
1330 Covenant Dr.  704.867.7433
Gastonia, NC 28054

Ms. Betsy Ervin  ervinrazza@earthlink.net
115 Sunny Ridge Dr.  828-645-4480 [home]
Asheville, NC 28804

Attorney Russ Ferguson  Russ.Ferguson@wbd-us.com
301 S. College St.  704-331-4900
Suite 3500
Charlotte, NC 28202

Attorney Ann-Patton Hornthal  aphornthal@robert-stevens.com
301 College St.  828.252.6600
Suite 400  828-210-6815
Asheville, NC  28801

Attorney Susan Rodriquez  srodriguez@mcguirewoods.com
201 N. Tryon St  704-343-2303
Suite 3000
Charlotte, NC  28202

Attorney Kirk G. Saunooke  kirksaun@nc-cherokee.com
Associate Judge, Cherokee Court  828.788.6791 [c]
137 Seven Clans Ln
PO 1629
Cherokee, NC  28719

Attorney Freddie Sison  fredilyn-sison@fd.org
Office of Federal Defender  828-210-7576
One Page Ave.
Room 210
Asheville, NC  28801

Attorney Wyatt S. Stevens  wstevens@roberts-stevens.com
Roberts & Stevens, P.A.  828.258.6992
One West Pack Sq., Suite 1100
P.O. Box 7647
Asheville, NC 28802

Attorney Will Terpening  terpening@terpeninglaw.com
6733 Fairview Rd  980-265-1700
Suite C
Charlotte, NC  28210

Attorney Dana Washington, AUSA  Dana.Washington@usdoj.gov
227 West Trade Street  704-338-3107
Suite 1650
Charlotte, NC  28202

Attorney Rob Wilder  
6733 Fairview Rd  
Suite C  
Charlotte, NC 28210

wilder@terpeninglaw.com  
704-904-1208 ©  
980-265-1700

Attorney Samuel B. Winthrop  
706 Hartness Road  
PO 964  
Statesville, NC 28677

swinthroplaw@gmail.com  
704.872.9544  
704-880-4256 ©

Mr. Floyd S. Mitchell  
7027 Summer Place  
Charlotte, NC 28213

smipc0691@aol.com  
704.607-7570 [c]

Mr. Brian Summers  
4626 Queens Chapel Ter, NE  
Washington, DC 20017

preach92@yahoo.com  
202-368-2009